```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                          AT ROANOKE, VA
                                                              FILED

         IN THE UNITED STATES DISTRICT COURT              APR 2 8 2005
          FOR THE WESTERN DISTRICT OF VIRGINIA
                  ROANOKE DIVISION                     JOHN F. CORCORAN, CLERK
                                                    BY:
                                                          DEPUTY CLERK
```

JESSICA L. MOORE,            )
                             )
        Plaintiff,           )
                             )
v.                           )     C.A. No. 7:04CV00054
                             )
CVS CORPORATION,             )
and                          )
MUFIED TANEEB,               )
                             )
        Defendants.          )

## DISMISSAL ORDER

The parties, through their counsel, have advised the Court that the matters in dispute in this case have been resolved and have agreed that this case is to be dismissed with prejudice. Accordingly, it is ORDERED that this case is DISMISSED with prejudice. Each party shall bear its own costs. The clerk shall strike this case from the Court's active docket and will advise the counsel of the entry of this Order using the CM/ECF system.

Entered this 28th day of April, 2005

_____
United States District Court Judge